UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                   Case Number: 7:18–cr–00955

Edin Israel Perez–Berganza

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  5/30/2018

**TIME:**  08:30 AM

**TYPE OF PROCEEDING:**  Arraignment

Date:   May 23, 2018

David J. Bradley, Clerk